No. 00–10635. AVERY v. LARSEN, WARDEN, ET AL. Sup. Ct. Va. Certiorari denied.

No. 00–10636. EDMONDS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10637. DUBUC v. BOONE, WARDEN, ET AL. Ct. Civ. App. Okla. Certiorari denied.

No. 00–10638. CAMPBELL v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–10639. COTTON v. HOWES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 00–10640. NORRIS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10641. MONTANEZ v. COTTON, SUPERINTENDENT, PENDLETON CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.

No. 00–10642. PLATT v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 00–10643. HERRSCHAFT v. FRANK ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–10644. HASAN v. HOWERTON, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 00–10645. HOUSE v. BOOKER, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY, ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–10646. GREEN v. DEWALT, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–10647. GREEN v. KINGSTON, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–10648. HEREFORD v. MCCAUGHTRY, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–10649. GASTON v. HANKS, SUPERINTENDENT, WABASH VALLEY CORRECTIONAL FACILITY. C. A. 7th Cir. Certiorari denied.